# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| CARLEY COLLINS, <br><br> Plaintiff, <br><br> v. <br><br> SHEPHERD'S HILL ACADEMY, INC., <br><br> Defendant. | CIVIL ACTION NO. 2:24-cv-00292-RWS |

## DISMISSAL WITH PREJUDICE

COMES NOW CARLEY COLLINS, Plaintiff in the above-styled civil action, by and through counsel, and hereby authorize and direct the Clerk of the Court to mark the above-styled action against the Defendant SHEPHERD'S HILL ACADEMY, INC, as **Dismissed With Prejudice** upon the docket and records of this Court.

This __1__ day of July, 2025.

Respectfully submitted,

/s/ *Mitchell E. McGough*
Mitchell E. McGough, Esq.
Georgia Bar No 460942

*Attorney for Plaintiffs*

MITCHELL E. MCGOUGH LAW, LLC
945 E Paces Ferry Rd NE, Ste 2250
Atlanta, Georgia 30326
mitchell@mitchellmcgoughlaw.com

{02988267-1 }

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing DISMISSAL WITH PREJUDICE upon all parties to this matter by CM/ECF system and by email to the counsel of record as follows:

**Attorneys for Defendants:**
Brynda Rodriguez Insley
Georgia Bar No. 611435
Catherine M. Banich
Georgia Bar No. 260514.
Taylor Duma, LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
binsley@taylorduma.com
cbanich@taylorduma.com

This __1__ day of July, 2025.

                    Respectfully submitted,

                    */s/ Brent McIntosh*
                    Mitchell E. McGough, Esq.
                    Georgia Bar No 460942

                    *Attorney for Plaintiffs*

MITCHELL E. MCGOUGH LAW, LLC
945 E Paces Ferry Rd NE, Ste 2250
Atlanta, Georgia 30326
mitchell@mitchellmcgoughlaw.com