UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| CARLEY COLLINS<br>*Plaintiff* | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 2:24-cv-00292-RWS |
| SHEPHERD'S HILL ACADEMY, INC.<br>*Defendant* | §<br>§<br>§ | |

## JOINT STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Plaintiff, Carley Collins and Defendant, Shepherd's Hill Academy, Inc. (together the "Parties"), and together file this Joint Stipulation of Dismissal with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii).

I.

1.      The Parties hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. Further, the Parties request that this Court dismiss and close this case with prejudice to refiling.

II.

WHEREFORE PREMISES CONSIDERED, the Parties pray this Court dismiss and close this case with prejudice to refiling.

Dated: July  7 , 2025

Respectfully submitted,

**MITCHELL E. MCGOUGH LAW, LLC**
945 E Paces Ferry Rd NE, Ste 2250
Atlanta, Georgia 30326
(404) 994-4357
(404) 600-1287 Fax
mitchell@mitchellmcgoughlaw.com

BY: */s/ Mitchell E. McGough*
     Mitchell E. McGough
     Georgia Bar No. 460942

and

Gareth S. Purnell (*Admitted Pro Hac Vice*)
Simon B. Purnell (*Admitted Pro Hac Vice*)
**GRIFFIN PURNELL LLC**
2037 Airline Road, Suite 200
Corpus Christi, Texas 78412
(361) 262-1776
(361) 356-4348 Fax
gareth@griffinpurnell.com
simon@griffinpurnell.com
Service email: support@griffinpurnell.com

**ATTORNEYS FOR PLAINTIFF**

AND

**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
770-434-6868- Telephone
770-434-7376- Facsimile
binsley@taylorenglish.com
cbanich@taylorenglish.com
jclark@taylorenglish.com

BY:  */s/ Catherine M. Banich*
     Catherine M. Banich
     Georgia Bar No. 260514
     Brynda Rodriguez Insley
     Georgia Bar No. 611435
     Jennifer L. Clark

Georgia Bar No. 391855

**ATTORNEYS FOR DEFENDANT**
**SHEPHERD'S HILL ACADEMY, INC.**